MCGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HECTOR OCHOA, ET. AL.<br><br>　　　　　　　　Defendants. | **CASE NO. 1:19-CR-00007 DAD-BAM**<br><br>**STIPULATION TO CONTINUE SENTENCING AS TO HECTOR OCHOA AND ORDER THEREON**<br><br>Date: January 22, 2021<br>Time: 10:00 a.m.<br>Honorable DALE A. DROZD |

　　　The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS and KATHERIN A. SCHUH, Assistant United States Attorneys, and the defendant Hector Ochoa, by and through his attorney of record, Richard Oberto, hereby stipulate to continue the sentencing hearing in this case from January 22, 2021 until February 11, 2021, at 10:00 am. The additional time is requested to permit the United States to file a sentencing memorandum in this matter and respond to defendant's sentencing memorandum.

Dated: January 20, 2021　　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Kathleen A. Servatius*
　　　　　　　　　　　　　　　　　　　　　　　KATHLEEN A. SERVATIUS
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1 | DATED: January 20, 2021     /s/ *Richard M. Oberto*
Richard M. Oberto
Attorney for Defendant

### ORDER

IT IS HEREBY ORDERED that the trial in this case be continued from January 22, 2021 until February 11, 2021 at 10:00 am..

IT IS SO ORDERED.

Dated: **January 21, 2021**      /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING HEARING    2